```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MIROGLIO s.p.a.,
                        Plaintiff,

        -against-

FOREVER 21, INC.
                        Defendant.
------------------------------------X
```

Case No. 07 CIV 9573 (DC)(MHD)
**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA    )
                       s.s.:
COUNTY OF LOS ANGELES  )

MARK FELDMAN _____, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the __29th__ day of October, 2007, at approximately __4:50__ a.m./p.m., deponent served a true copy of the Summons in a Civil Action, Civil Cover Sheet, Complaint with Jury Demand and Exhibits A, Individual Practice Rules of Judge Cote, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 and the Individual Practice Rules of Magistrate Judge Dolinger upon Forever 21, Inc. at 2001 South Alameda Street, Los Angeles, California by personally delivering and leaving the same with __YOUNG KWON__, who informed deponent that he/she holds the position of __LEGAL COUNSEL__, is authorized to accept service at that address.

__YOUNG KWON__ is an __ASIAN__ __MALE__ approximately __36__ years of age, stands approximately __6__ feet, __1__ inches tall, weighs approximately __190__ pounds with __BLACK__ hair and __BROWN__ eyes.

State of California, County of Los Angeles
Subscribed & sworn to (or affirmed) Before me this __31st__ day of October, 2007, by __MARK FELDMAN__, personally known to me to be the person who appeared before me.

*/s/ Mark Feldman*
MARK FELDMAN
PROCESS SERVER

*/s/ Jack W. Biggerstaff*
NOTARY PUBLIC

JACK W. BIGGERSTAFF
COMM. #1527242
NOTARY PUBLIC • CALIFORNIA
LOS LANGELES COUNTY
Comm. Exp. NOV. 16, 2008