**MEMO ENDORSED**



VIA HAND DELIVERY

November 20, 2007

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

      Re:   *Miroglio s.p.a. v. Forever 21, Inc.*
            1:07-cv-09573-DLC

Dear Judge Cote:

We are counsel for Defendant Forever 21, Inc. in the above-referenced case, newly retained on November 19, 2007. We have spoken with Diane C. Hertz, counsel for Plaintiff who has consented to extend Defendant's period in which to answer the complaint or otherwise plea for one week. The original deadline for filing the answer was November 20, 2007 and we are hereby requesting a one-week extension until November 27, 2007, to file an answer or otherwise plea.

This is the first request for an extension of this date and, if granted, will not negatively impact the management of this case.

                                 Respectfully submitted,

                                 James M. Gibson (JG9234)

                               Powley & Gibson, P.C.
                               304 Hudson Street, 2nd Floor
                               New York, New York 10013
                               (212) 226-5054
                               Counsel for Defendant Forever 21, Inc.

JMG/JHK

The extension request is hereby granted until November 27, 2007 – SO ORDERED

                      /s/ Denise Cote
             Honorable Denise L. Cote
                    November 26, 2007

cc:   Diane C. Hertz, Esq. (Counsel for Plaintiff) (Via Facsimile)

---

Powley & Gibson, P.C.
304 Hudson Street
2nd Floor
New York, NY 10013
212.226.5054
F 212.226.5085
powleygibson.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/07