Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013

Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
MIROGLIO s.p.a., :
: 07 Civ. 9573 (DLC)
Plaintiff, :
: **RULE 7.1 STATEMENT**
-v- :
:
FOREVER 21, INC., : ECF
:
Defendant. :
-------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Forever 21, Inc. certifies that Defendant Forever 21, Inc. has no parent corporation and that no publicly held corporation owns more than ten percent (10%) of Defendant Forever 21, Inc.'s stock.

Dated: November 27, 2007

Respectfully submitted,

By: _____s/ Robert L. Powley_____
Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)

Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York  10013
Phone: 212-226-5054
Fax:    212-226-5085

Attorneys for Defendant
Forever 21, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the RULE 7.1 STATEMENT was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 27th day of November, addressed as follows:

> Richard S. Taffet, Esq.
> Diane C. Hertz, Esq.
> Bingham McCutchen LLP
> 399 Park Avenue
> New York, NY  10022

*/s/ Bruni Casiano*
Bruni Casiano