Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013

Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
MIROGLIO s.p.a.,                          :
                                          :
                                          :  07 Civ. 9573 (DLC)
                                          :
                  Plaintiff,              :
                                          :  **DEFENDANT'S ANSWER**
        -v-                               :  **TO PLAINTIFF'S COMPLAINT**
                                          :
FOREVER 21, INC.,                         :  ECF
                                          :
                                          :
                                          :
                  Defendant.              :
---------------------------------------------------------------x

Defendant Forever 21, Inc., (hereinafter "Defendant") by and through its attorneys, hereby answers the Complaint of Miroglio s.p.a. (hereinafter "Plaintiff") as follows:

## **PARTIES**

1.      Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 1 of the Complaint and, therefore, denies the same.

2. Defendant denies all of the allegations in Paragraph 2 of the Complaint, except that it admits that Forever 21, Inc. has a place of business and executive offices at 2001 S. Alameda Street, Los Angeles, California 90058.

## JURISDICTION AND VENUE

3. Defendant admits that the Complaint purports to allege an action under the Copyright Act of 1976, 17 U.S. C. §§ 101, *et seq.* ("the Copyright Act"), against Defendant. Defendant denies the remaining allegations in Paragraph 3 of the Complaint. Defendant states that, pursuant to 17 U.S.C. § 411(a), this court lacks subject matter jurisdiction over the claims presented in the Complaint.

4. Defendant denies the allegations in Paragraph 4 of the Complaint.

## MIROGLIO'S COPYRIGHTED WORKS

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the Complaint and, therefore, denies the same.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 of the Complaint and, therefore, denies the same.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the Complaint and, therefore, denies the same.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the Complaint and, therefore, denies the same.

## CLAIM FOR RELIEF-INFRINGEMENT OF THE WORKS

9. Denied.

10. Denied.

11. Denied.

12. Defendant admits that it is involved in other litigations but denies all of the remaining allegations in Paragraph 12 of the Complaint.

13. Defendant admits that Paragraph 13 of the Complaint discusses a September 4, 2007 New York Times article entitled "Before Models Can Turn Around, Knockofffs Fly," but denies all of the allegations in Paragraph 13 of the Complaint.

14. Defendant denies that plaintiff is entitled to judgment or any other relief requested in the unnumbered WHEREFORE paragraphs of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

15. Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

16. Defendant has not infringed any valid copyrights of Plaintiff.

## THIRD AFFIRMATIVE DEFENSE

17. Defendant did not manufacture or otherwise produce any of the designs at issue.

## FOURTH AFFIRMATIVE DEFENSE

18. Defendant had no prior knowledge of Plaintiff's copyrights.

## FIFTH AFFIRMATIVE DEFENSE

19. Plaintiff has no copyrightable interest in the subject matter recited.

## SIXTH AFFIRMATIVE DEFENSE

20. Plaintiff has not suffered any damages because Defendant's purported actions have not deprived Plaintiff of any profits.

### SEVENTH AFFIRMATIVE DEFENSE

21.     To the extent Plaintiff has suffered damages, any such damages were caused by superseding causes, and not by any act or omission by Defendant.

### EIGTH AFFIRMATIVE DEFENSE

22.     Plaintiff's claims are barred, in whole or in part, by the doctrines of laches, waiver and estoppel.

### NINTH AFFIRMATIVE DEFENSE

23.     Plaintiff's claims are barred by the doctrine of Fair Use.

### TENTH AFFIRMATIVE DEFENSE

24.     Plaintiff's claims are barred, in whole or in part, because should Defendant be found to have infringed any valid and enforceable copyright of Plaintiff, such infringement was not willful.

### ELEVENTH AFFIRMATIVE DEFENSE

25.     Plaintiff's claims should be dismissed in their entirety for lack of subject matter jurisdiction under 17 U.S.C. § 411(a), which provides that "no action for infringement of the copyright in any United States work shall be instituted until registration of the copyright claim has been made in accordance with this title", on the grounds that Plaintiff has failed to allege that it owns a federal copyright registration for its Work and has failed to provide a copy of any such registration.

### DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Defendant demands a trial by jury as to all issues triable by a jury.

**WHEREFORE**, Defendant respectfully prays for the following relief:

1. Dismissal of the Complaint with prejudice;

2. Dismissal of the Complaint for lack of subject matter jurisdiction;

3. An award of Defendant's costs and attorneys' fees herein incurred; and

4. Such other and further relief as this Court may deem appropriate.

Dated: November 27, 2007                Respectfully submitted,


By:         s/ Robert L. Powley
       Robert L. Powley (RP 7674)
       James M. Gibson (JG 9234)
       David J. Lorenz (DL 3072)

       Powley & Gibson, P.C.
       304 Hudson Street, 2nd Floor
       New York, New York  10013

       Phone: 212-226-5054
       Fax:    212-226-5085

       Attorneys for Defendant
       Forever 21, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 27th day of November, 2007, addressed as follows:

>Richard S. Taffet, Esq.
>Diane C. Hertz, Esq.
>Bingham McCutchen LLP
>399 Park Avenue
>New York, NY  10022

/s/ Bruni Casiano
Bruni Casiano