**BINGHAM**

**MEMO ENDORSED**

Diane C. Hertz
Direct Phone: 212.705.7821
Direct Fax:    212.702.3655
diane.hertz@bingham.com

November 27, 2007


RECEIVED
NOV 28 2007
CHAMBERS OF
DENISE COTE

**Via Federal Express**

The Honorable Denise Cote
United States District Court Judge
United States District Courthouse
500 Pearl Street
Room 1040
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-29-07

**Re:  Miroglio s.p.a. v. Forever 21, Inc.; 07 Civ. 9573**

Dear Judge Cote:

This firm represents Plaintiff Miroglio s.p.a. in the above-captioned matter. Together with Defendant Forever 21, Inc., the parties jointly request an adjournment of the Pretrial Conference, currently scheduled for December 19, 2007, to Friday, January 4, 2008 at a time convenient to the Court. The reason for this request is that counsel for both parties will be out of town at different times over the holidays from December 19 through January 2.

Thank you for your consideration in this matter.

Respectfully submitted,

Diane C. Hertz

cc:   James M. Gibson, Esq. (via email and First Class Mail)
      Counsel for Defendant Forever 21, Inc.

*Handwritten endorsement:* Conference is adjourned to January 18, 2008 at 9:00 a.m.
/s/ Denise Cote
November 28, 2008

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

T 212.705.7000
F 212.752.5378
bingham.com

A/72330014.1