Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013

Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
MIROGLIO s.p.a.,                           :
                                           :     07 Civ. 9573 (DLC)
                    Plaintiff,             :
                                           :     **NOTICE OF APPEARANCE**
         -v-                               :
                                           :
FOREVER 21, INC.,                          :     ECF
                                           :
                    Defendant.             :
-----------------------------------------------------------x

THE UNDERSIGNED HEREBY APPEARS as lead counsel on behalf of Defendant Forever 21, Inc. in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

Dated: New York, New York
       December 4, 2007                    Respectfully submitted,

                                           By:    s/ Robert L. Powley
                                                  Robert L. Powley (RP 7674)
                                                  James M. Gibson (JG 9234)
                                                  David J. Lorenz (DL 3072)

                                                  Powley & Gibson, P.C.
                                                  304 Hudson Street, 2nd Floor
                                                  New York, New York  10013

                                                  Phone: 212-226-5054
                                                  Fax:   212-226-5085

                                                  Attorneys for Defendant
                                                  Forever 21, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE FOR ROBERT L. POWLEY was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 4th day of December 2007, addressed as follows:

> Richard S. Taffet, Esq.
> Diane C. Hertz, Esq.
> Bingham McCutchen LLP
> 399 Park Avenue
> New York, NY 10022

*/s/ Julio M. Lopez*
Julio M. Lopez