Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013

Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
MIROGLIO s.p.a., :
: 07 Civ. 9573 (DLC)
Plaintiff, :
: **NOTICE OF APPEARANCE**
-v- :
:
FOREVER 21, INC., : ECF
:
Defendant. :
-------------------------------------------------------------x

THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendant Forever 21, Inc. in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

Dated: New York, New York
December 4, 2007

Respectfully submitted,

By:   s/ James M. Gibson
Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)

Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013

Phone: 212-226-5054
Fax:   212-226-5085

Attorneys for Defendant
Forever 21, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE FOR JAMES M. GIBSON was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 4th day of December 2007, addressed as follows:

>Richard S. Taffet, Esq.
>Diane C. Hertz, Esq.
>Bingham McCutchen LLP
>399 Park Avenue
>New York, NY  10022

_____
Julio M. Lopez