```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
MIROGLIO s.p.a.,                           :   07 CIV. 9573 (DLC)
                    Plaintiff,             :
                                           :       PRETRIAL
         -v-                               :   SCHEDULING ORDER
                                           :
FOREVER 21, INC.,                          :
                                           :
                    Defendant.             :
                                           :
-------------------------------------------X
```

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1-21-08]

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on January 18, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Dolinger prior to **January 25, 2008** in order to pursue settlement discussions under his supervision.

2. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **February 1, 2008**.

3. All fact discovery must be completed by **June 27, 2008**.

4. Identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., by the party bearing the burden of proof on the issue must occur by **July 25, 2008**. Identification of experts and disclosure of expert testimony in rebuttal must occur by **August 22, 2008**.

5. All expert discovery must be completed by **September 26, 2008**.

6. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **October 24, 2008**
   - Opposition served by **November 14, 2008**
   - Reply served by **November 21, 2008**

      At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

7. In the event no motion is filed, the Joint Pretrial Order must be filed by **October 24, 2008**.

      As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:    New York, New York
             January 18, 2008

                                              DENISE COTE
                                  United States District Judge