UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                  :
MIRAGLIO s.p.a.,
                                  :
              Plaintiff,                    **ORDER**
                                  :
         -against-                          **07 Civ. 9573 (DLC)(MHD)**
                                  :
FOREVER 21, Inc.
                                  :
              Defendant.
                                  :
----------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


It is hereby **ORDERED** that a settlement conference has been
scheduled in the above-captioned action on **MONDAY, FEBRUARY 11,
2008 at 2:00 PM**, at which time you are directed to appear in
Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312.
Any requests for adjournment of this scheduled conference must be
in writing, with copies to all other parties, and must be
preceded by reasonable efforts by the requesting party to obtain
the consent of those parties.

**DATED:  New York, New York
         January 28, 2008**


                              SO ORDERED.


                              _____
                              **MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Diane C Hertz, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Robert L. Powley, Esq.
Powley & Gibson, P.C.
304 Hudson Street
2nd Floor
New York, NY 10013

David J. Lorenz, Esq.
Powley & Gibson, P.C.
304 Hudson Street
2nd Floor
New York, NY 10013

James Martin Gibson, Esq.
Powley & Gibson, P.C.
304 Hudson Street
2nd Floor
New York, NY 10013