Richard S. Taffet
Diane C. Hertz
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York  10022
Telephone:  (212) 705-7000

*Attorneys for Plaintiff*
*Miroglio s.p.a*

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY  FILED            │
│ DOC #: _____            │
│ DATE FILED: 3/13/08              │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIROGLIO s.p.a.,

        Plaintiff,

     -against-

FOREVER 21, INC.,

        Defendant.

07 Civ. 9573 (DLC)

**STIPULATION OF DISMISSAL**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

counsel for the Parties hereto, that the above-captioned action is hereby dismissed with

prejudice, each party to bear its own costs.

Dated:  New York, New York
      March 13, 2008

By: _____
    Richard S. Taffet
    Diane C. Hertz
    BINGHAM McCUTCHEN LLP
    399 Park Avenue
    New York, New York 10022
    (212) 705-7000
    Email: richard.taffet@bingham.com
          diane.hertz@bingham.com
    *Attorneys for Plaintiff*
    *Miroglio s.p.a.*

By: _____
    Robert L. Powley
    James M. Gibson
    David J. Lorenz
    POWLEY & GIBSON, P.C.
    304 Hudson Street
    2nd Floor
    New York, New York 10023
    (212) 226-5054
    Email: jmgibson@powleygibson.com
    *Attorneys for Defendant*
    *Forever 21, Inc.*

SO ORDERED:

_____
Hon. Denise L. Cote

A/72427649.1     March 13, 2008